People of the State of Illinois, Plaintiff-Defendant in Error, v. Coleman Harper, Defendant-Plaintiff in Error.

Gen. No. 10,403.

Third District.

May 16, 1962.

Chester Thompson, of Bloomington, for plaintiff in error; Wayne C. Townley, Jr., State's Attorney, of McLean County, Bloomington (Marvin H. Gesell, Assistant State's Attorney, of counsel, of Bloomington), for defendant in error. Opinion by JUDGE REYNOLDS. Not to be published in full.